**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
559.494.4910 Telephone
559.421.0369 Facsimile
Email: amanda@bwlaw.com

Attorneys for Plaintiff, MARK MONROE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MONROE,<br><br>             Plaintiff,<br>   v.<br><br>OUTFRONT MEDIA LLC, a Delaware limited liability company, and Does 1 through 20, inclusive,<br><br>             Defendants. | Case No. 1:21-CV-00280-AWI-BAM<br><br>**STIPULATION AND ORDER FOR RESCHEDULING INFORMAL DISCOVERY DISPUTE CONFERENCE**<br><br>**Date: February 23, 2022**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom 8**<br>**Judge: Hon. Barbara A. McAuliffe**<br><br>Complaint Filed: January 22, 2021 |

This matter is scheduled before the Court on February 23, 2022, at 9:30 a.m., for an Informal Discovery Dispute Conference.

Counsel for Plaintiff has recently experienced a death of a close family member and will not be available to appear for until February 28, 2022, or after.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | The parties hereby agree to move the date of the conference to a date after February 28,
2 | 2022.
3 |     IT IS SO STIPULATED
4 | Dated:   February 17, 2022

**BRYANT WHITTEN LLP**

By: */s/ Amanda Whitten*
          AMANDA B. WHITTEN

*Attorneys for Plaintiff*
MARK MONROE

Dated:   February _17_, 2022     **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Brett Young*
          DEREK R. HAVEL
          BRETT D. YOUNG

*Attorneys for Defendant*
OUTFRONT MEDIA LLC

**ORDER**

Based on the Parties' stipulation, the Court finds good cause to reschedule the informal discovery conference currently set for February 23, 2022. The INFORMAL DISCOVERY DISPUTE CONFERENCE is HEREBY CONTINUED to **March 4, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 22, 2022**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE