**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
559.494.4910 Telephone
559.421.0369 Facsimile
Email: amanda@bwlaw.com

Attorneys for Plaintiff, MARK MONROE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MONROE,<br><br>             Plaintiff,<br>      v.<br><br>OUTFRONT MEDIA LLC, a Delaware limited liability company, and Does 1 through 20, inclusive,<br><br>             Defendants. | Case No. 1:21-CV-00280-AWI-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING STATUS CONFERENCE**<br><br>**Date: June 13, 2022**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom 8**<br>**Judge: Hon. Barbara A. McAuliffe**<br><br>Complaint Filed: January 22, 2021 |

This matter is scheduled before the Court on June 13, 2022, at 9:30 a.m., for a Status Conference.

Defendants sent a draft settlement agreement on Friday, June 3, 2022. Plaintiff has requested to take the full 21 days he is entitled to under the Age Discrimination in Employment Act in considering this agreement.

Therefore, the parties are requesting to move the Status Conference to the week of June 27, 2022, or after.

/ / /

/ / /

1  IT IS SO STIPULATED

2  Dated:   June 8, 2022

**BRYANT WHITTEN LLP**

**/S/ AMANDA B. WHITTEN**

By: _____
              AMANDA B. WHITTEN

*Attorneys for Plaintiff*
MARK MONROE

Dated:   June _____, 2022         **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:   */s/ Brett D. Young*_____
              DEREK R. HAVEL
              BRETT D. YOUNG

*Attorneys for Defendant*
OUTFRONT MEDIA LLC

-1-
STIPULATION AND [~~PROPOSED~~] ORDER FOR RESCHEDULING STATUS CONFERENCE

1 **ORDER RESCHEDULING INFORMAL DISCOVERY CONFERENCE**

2  Based on the stipulation submitted, the Court finds good cause to reschedule the status
3 conference to the week of June 27, 2022, or after.  The date of the continued conference is: **June**
4 **28, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A.**
5 **McAuliffe**.  The parties shall appear at the conference with each party connecting remotely either
6 via Zoom video conference or Zoom telephone number. The parties will be provided with the
7 Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number
8 and password are confidential and are not to be shared. Appropriate court attire required. If the
9 parties file a notice of settlement prior to the conference, then the conference will be vacated.

11 IT IS SO ORDERED.

12  Dated:   **June 8, 2022**              /s/ *Barbara A. McAuliffe*         _
13                                                     UNITED STATES MAGISTRATE JUDGE